```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-25-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
THOMAS LOBBE, EDWIN VEGA, ANTHONY :
COLON and RUBEN DEJESUS individually and :
on behalf of all other similarly situated, :
: **SCHEDULING ORDER**
Plaintiffs, :
: 16 Civ. 2207 (AKH)
-against- :
:
CABLEVISION SYSTEMS NEW YORK CITY :
CORPORATION, CABLEVISION SYSTEMS :
CORPORATION and CSC HOLDINGS, LLC,, :
:
Defendants. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties, by counsel, shall appear for an on-the-record status conference on January 3, 2017, at 11:00 a.m. in courtroom 14D. I shall want to know why there are so many discovery disputes, why plaintiff has delayed in moving for amendments to pleadings, why there has been so little progress in this case, and why defendants' termination plan fails clearly to state that plaintiffs may join the collective action regardless if they also wish to terminate their employment.

      SO ORDERED.

Dated: New York, New York
       Dec. 25, 2016

                                       ALVIN K. HELLERSTEIN
                                       United States District Judge