UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
THOMAS LOBBE, EDWIN VEGA, ANTHONY COLON, RUBEN DEJESUS, WILLIAM GILBERT GARVIN, and DION PEMBERTON, individually and on behalf of all others similarly situated,

        Plaintiffs,

  -against-

CABLEVISION SYSTEMS NEW YORK CITY CORPORATION, CABLEVISION SYSTEMS CORPORATION, CSC HOLDINGS, LLC, ALTICE USA, and ALTICE TECHNICAL SERVICES USA,

        Defendants.

------------------------------------------------------ X

Civil Action No. 1:16-cv-02207-AKH

**<u>NOTICE OF UNOPPOSED MOTION FOR THE PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT</u>**

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Collective Action Settlement ("Plaintiffs' Motion"), the Declaration of Christopher Q. Davis in Support of Plaintiffs' Motion submitted herewith, and all pleadings and proceedings heretofore had herein, the Plaintiffs respectfully move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an order:

    (1)    preliminarily approving the settlement reached by the parties in this action as embodied in their Settlement Agreement (the "Settlement" or the "Settlement Agreement") submitted herewith;

    (2)    approving the proposed Notice of Collective Action Settlement (the "Settlement Notice") to Plaintiffs attached to the Settlement Agreement as Exhibit 1;

  (3) appointing RG2 Claims Administrations as the Administrator;

  (4) approving the Parties' proposed schedule for mailing Settlement Notices, final settlement approval and settlement administration, attached hereto as Exhibit A; and

  (5) granting such other, further, or different relief as the Court deems just and proper.

Please find the Plaintiffs' **[Proposed] Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of the Collective Action Settlement, attached to the Settlement Agreement as Exhibit 2**.

Dated: August 31, 2018
   New York, New York

           Respectfully submitted,
By:   /s/

        Christopher Q. Davis (CD-7282)
        Rachel M. Haskell (RH-8248)
        **The Law Office of Christopher Q. Davis, PLLC**
        225 Broadway, Suite 1803
        New York, New York 10007
        Telephone: (646) 430-7932

        *Attorneys for Plaintiffs and Opt-in Plaintiffs*