**EXHIBIT A**

**[Proposed] Schedule for Administration of Notices and Final Settlement Approval**

| Event | Date |
|---|---|
| Preliminary Approval Granted | [Court's entry of order on docket] |
| Defendants Provide Administrator Class Contact List | 10 business days after Preliminary Approval Order. |
| Settlement Notice Mailing and Emailing Deadline | 10 calendar days after receipt of the Class List from Defendants. |
| Settlement Notice Response Deadline (last day to submit an objection) | 30 calendar days after mailing of notice; if notices returned undeliverable 30 calendar days from second mailing, but no more than 60 calendar days from first mailing. |
| Administrator will stamp the postmark date on the original of any Objection that it receives and shall send copies to Counsel | 1 business day after receipt of such Objection. |
| Class Counsel will file the date-stamped objections, if any, with the Court | As part of Plaintiffs' Final Approval Motion. |
| Submission to the Court of Plaintiffs' Final Approval Motion and Fee Motion | 15 business days after Settlement Notice Response Deadline, or pursuant to a schedule set by the Court. |
| Counsel's responses to any objections | As part of Plaintiffs' Final Approval Motion. |
| Effective Date | The later of: (i) if an appeal has been filed from the order of the Court granting Final Approval, the date on which the appeal and any subsequent proceedings are fully and finally disposed of; or (ii) if no appeal is filed, thirty-five (35) calendar days following the date of Final Approval. |
| Funding of QSF required from Defendants | 10 business days after the Effective Date |
| Administrator to mail checks to Plaintiffs | 21 calendar days after the Effective Date. |
| Acceptance Period (i.e. checks voided if not negotiated) | 90 calendar days after the date of the mailing of the checks. |