**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS LOBBE, *et al.*, | |
| Plaintiffs, | Case No. 1:16-cv-02207-AKH |
| vs. | |
| CABLEVISION SYSTEMS NEW YORK CITY CORPORATION, *et al.*, | **JUDGMENT** |
| Defendants. | |

WHEREAS, this Court, by Order dated August 3, 2020, *see* ECF No. 194 (the "Order"), held that Marlon Gayle, an opt-in plaintiff in this collective action, must repay to Defendants the amount of $16,037.86, plus interest, fees, and costs; and

WHEREAS, the Order directed Defendants, within 14 days thereof, to "submit a proposed order of judgment" that "shall give Gayle 10 days from the date of issuance to make the repayment in full."

NOW, THEREFORE, Gayle is hereby ordered to personally deliver to Defendants, no later than 10 days from the date hereof, a certified or cashier's check in the amount of $21,278.82, such amount reflecting the following:

- $16,037.86 – the overpayment of Gayle's pro rate share of the settlement fund in this action;

- $240.96 – interest on the overpayment amount; and

- $5,000.00– attorneys' fees incurred by Defendants through July 31, 2020 in seeking and obtaining the relief set forth herein and in the Order

1

Gayle's failure to comply with the terms of this Judgment shall be punishable as contempt of Court.

SO ORDERED

Alvin K. Hellerstein /s/
_____
The Honorable Alvin K. Hellerstein
United States District Judge

August 17_____, 2020